UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA ARENAS,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV 14-9117 AS<br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED, without benefits, for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g) consistent with the Opinion filed concurrently herewith.

Dated: July 28, 2016

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1