PATRICIA L. McCABE
Law Offices of Patricia L. McCabe
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Tel:   (818) 907- 9726
Fax:   (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
EVA ARENAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVA ARENAS,<br><br>                    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner, Social Security<br><br>                    Defendant. | Case No. 2-14-CV-09117-AS<br><br>[proposed] ORDER FOR AWARD OF<br>ATTORNEY FEES UNDER<br>THE EQUAL ACCESS TO<br>JUSTICE ACT (EAJA)<br><br>Judge:  Hon. Alka Sagar |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation),

IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the

amount of **FIVE THOUSAND, SEVEN HUNDRED and 00/100 DOLLARS ($5,700.00)**,

pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

        IT IS SO ORDERED.


Dated:  November 17, 2016          _____/ s / _____
                                   Honorable Alka Sagar
                                   UNITED STATES MAGISTRATE JUDGE